In the Matter of the Last Will and Testament of RICHMOND SIMMONS, Deceased.

(Argued March 5, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 25, 1890, which affirmed a decree of the surrogate of Ontario county revoking the probate of the will of Richmond Simmons, deceased.

*A. P. Rose* for appellant.

*Edwin Hicks* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.